IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Freedom Scientific, Inc. and )
Freedom Scientific BLV Group, LLC )
)
    Plaintiffs, )
)
vs. ) Case No. 8:06-cv-00963-JSM-MAP
)
Tieman Development B.V. and Optelec U.C., Inc., )
)
    Defendants. )
)

## UNOPPOSED AMENDED[1] MOTION FOR ROBERT B. BREISBLATT AND J. ARON CARNAHAN TO APPEAR PRO HAC VICE ON BEHALF OF DEFENDANTS

Defendants, TIEMAN DEVELOPMENT B.V. and OPTELEC U.C., INC., pursuant to Local Rule 2.02, hereby respectfully requests this Court enter an Order allowing Robert B. Breisblatt and J. Aron Carnahan, of the Welsh & Katz, Ltd. law firm at 120 S. Riverside Plaza, Suite 2200, Chicago, Illinois 60606, on behalf of Defendants in this action, and as grounds therefor states the following:

    1.    Contemporaneous herewith, a <u>Special Admission Attorney Certification and Appearance of Non-Resident Attorney and Designation of Local Counsel Pursuant to Local Rule 2.02</u> has been filed by Robert B. Breisblatt and J. Aron Carnahan. Mr. Breisblatt is a member of the Florida Bar, Florida Bar No. 145928. Messrs. Breisblatt and Carnahan are intellectual property attorneys with the law firm of Welsh & Katz, Ltd. located at 120 S. Riverside Plaza, Suite 2200, Chicago, Illinois 60606. Thomas Todd Pittenger, a/k/a T. Todd Pittenger, has been designated as Florida co-counsel to represent Defendants in this action.

    2.    Mr. Breisblatt and Mr. Carnahan are currently devoting significant amounts of their time to this action and it is expected they will be needed to participate in all aspects of the case. In addition, they is familiar with and shall be governed by the Local Rules of the Middle

---

[1] This Motion amends the one filed at [Doc. 7] to correct the Local Rule 3.01(g) certification.

District of Florida, including Rule 2.04 in particular, and are also familiar with and shall be governed by the Code of Professional Responsibility and other ethical limitations or requirements that govern the professional behavior of members of the Florida Bar (Mr. Breisblatt is himself a Florida lawyer). Mr. Breisblatt and Mr. Carnahan have not abused the privilege of special appearance by frequent or regular appearances in separate cases to such degree as to constitute the maintenance of a regular practice of law in the Middle District of Florida. Mr. Breisblatt and Mr. Carnahan will utilize the Middle District CM/ECF system for all filings with the Court and agree to undergo all required training before making any filing with the Court.

3. Pursuant to Local Rule 2.02(1), T. Todd Pittenger of the law firm of Lowndes, Drosdick, Doster, Kantor & Reed, P.A., is a member in good standing of this Court and has consented to his designation as Florida co-counsel upon whom all notices and papers may be served, and who will be equally responsible for the progress of the case, including the trial.

## LOCAL RULE 3.01(G) CERTIFICATION

4. Pursuant to Local Rule 3.01(g), the undersigned counsel hereby certifies that he has conferred with counsel for the Plaintiffs herein, and certifies that Plaintiffs are not opposed to the Court's granting of this motion for pro hac admission of Mr. Breisblatt and Mr. Carnahan.

WHEREFORE, Defendants, TIEMAN DEVELOPMENT B.V. and OPTELEC U.C., INC., respectfully request this Court enter an Order granting this motion and allowing Mr. Breisblatt and Mr. Carnahan to appear *pro hac vice* in this action as counsel on behalf of Defendants.

Dated this 2 June 2006.

/s/ Thomas Todd Pittenger

**T. TODD PITTENGER**
Florida Bar No. 768936
todd.pittenger@lowndes-law.com
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.

215 North Eola Drive
Post Office Box 2809
Orlando, Florida 32802
Telephone:   (407) 843-4600
Facsimile:   (407) 843-4444
*Counsel for Defendants*

**ROBERT BREISBLATT**
**J. ARON CARNAHAN**
Welsh & Katz, Ltd.
120 S. Riverside Plaza, Suite 2200
Chicago, Illinois 60606
Telephone: (312) 655-1500
Facsimile: (312) 655-1501
*Co-counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on 2-Jun-06, I electronically filed the foregoing with the Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF system which will send a notice of electronic filing and complete service on those of the following listed individuals who are registered electronic filers.

s/ Thomas Todd Pittenger

---
T. Todd Pittenger 0768936

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## SPECIAL ADMISSION
## ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order. This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

---

Freedom Scientific, Inc. and

Freedom Scientific BLV Group, LLC
Plaintiff(s)/Petitioner(s),
v.

CASE NO: 8:06-cv-963-T30MAP

Tieman Development B.V. and

Optelec U.C., Inc.
Defendant(s)/Respondent(s)

_____/

I, Thomas Todd Pittenger  hereby submit this attorney certification form to the Court on behalf

of Robert B. Breislatt.

---

### ATTORNEY INFORMATION

Firm Name: Welsh & Katz, Ltd.

Address: 120 S. Riverside Plaza, Suite 2200

City: Chicago     State: IL    Zip: 60606 -

Firm/Business Phone: 312 - 655 - 1500    Alternate Phone: _ - _

Firm/Business Fax: 312 - 655 - 0008

E-mail Address: rbbreisblatt @ welshkatz.com

---

### ATTORNEY CERTIFICATION

I certify that:

1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. NOTE: If proceedings ARE pending at this time, please explain on the reverse side of this form.
2. I am not a resident of the State of Florida.
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

_____           06/01/06
Signature                            Date

PHV Attorney Certification/Revised 06/24/04                                    Page 1 of 2

## CASE MANAGEMENT / ELECTRONIC CASE FILING (CM/ECF)

To obtain a login and password necessary to participate in the Middle District of Florida's Case Management / Electronic Case Filing (CM/ECF) system, please check our web page at www.flmd.uscourts.gov.

## ATTORNEY SPECIAL ADMISSION FEE

Attorneys specially admitted to practice in the Middle District of Florida under the conditions prescribed in Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, or Rule 2.090-1(c)(1) of the Local Bankruptcy Rules for the Middle District of Florida, are required to pay to the Clerk a fee of $10.00 per case. The special admission fee is due with this attorney certification. Payment should be in U.S. currency and checks must be drawn on a U.S. bank. Please make checks payable to "Clerk, U.S. District Court."

Providing the Court with an attorney certification form and the $10.00 Special Admission Fee, **DOES NOT** satisfy the requirements of Rule 2.02, Local Rules for the Middle District of Florida.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## SPECIAL ADMISSION
## ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order. This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

---

Freedom Scientific, Inc. and

Freedom Scientific BLV Group, LLC
Plaintiff(s)/Petitioner(s),
v.

CASE NO: 8:06-cv-963-T30MAP

Tieman Development B.V. and

Optelec U.C., Inc.
Defendant(s)/Respondent(s)

I, Thomas Todd Pittenger hereby submit this attorney certification form to the Court on behalf

of J. Aron Carnahan.

---

### ATTORNEY INFORMATION

Firm Name: Welsh & Katz, Ltd.

Address: 120 S. Riverside Plaza, Suite 2200

City: Chicago    State: IL    Zip: 60606 -

Firm/Business Phone: 312 - 655 - 1500    Alternate Phone: -    -

Firm/Business Fax: 312 - 655 - 1501

E-mail Address: jacarnahan @ welshkatz.com

---

### ATTORNEY CERTIFICATION

I certify that:

1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. NOTE: If proceedings ARE pending at this time, please explain on the reverse side of this form.
2. I am not a resident of the State of Florida.
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

_____    6/1/06
Signature                          Date

PHV Attorney Certification/Revised 06/24/04                Page 1 of 2

## CASE MANAGEMENT / ELECTRONIC CASE FILING (CM/ECF)

To obtain a login and password necessary to participate in the Middle District of Florida's Case Management / Electronic Case Filing (CM/ECF) system, please check our web page at www.flmd.uscourts.gov.

## ATTORNEY SPECIAL ADMISSION FEE

Attorneys specially admitted to practice in the Middle District of Florida under the conditions prescribed in Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, or Rule 2.090-1(c)(1) of the Local Bankruptcy Rules for the Middle District of Florida, are required to pay to the Clerk a fee of $10.00 per case. The special admission fee is due with this attorney certification. Payment should be in U.S. currency and checks must be drawn on a U.S. bank. Please make checks payable to "Clerk, U.S. District Court."

Providing the Court with an attorney certification form and the $10.00 Special Admission Fee, **DOES NOT** satisfy the requirements of Rule 2.02, Local Rules for the Middle District of Florida.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Freedom Scientific, Inc. and )
Freedom Scientific BLV Group, LLC )
)
     Plaintiffs, )
)
vs. )   Case No. 8:06-cv-00963-JSM-MAP
)
Tieman Development B.V. and Optelec U.C., Inc., )
)
     Defendants. )
_____ )

### APPEARANCE OF NON-RESIDENT ATTORNEY AND DESIGNATION OF LOCAL COUNSEL PURSUANT TO LOCAL RULE 2.02

Pursuant to Local Rule 2.02, I, Robert B. Breisblatt, Esquire, hereby appear on behalf of Defendants, Tieman Development B.V. and Optelec U.C., Inc. I am presently a partner with the law firm of Welsh & Katz, Ltd., am a member in good standing of the Bar of the State of Illinois, the Bar of the State of Florida and the United States District Court for the Northern District of Illinois and the United States District Court for the Southern District of Florida, and am not a resident of the State of Florida nor do I maintain a regular practice of law within this State.

For purposes of this case, and in compliance with Local Rule 2.02, I hereby designate the undersigned attorneys and/or law firm as local counsel in the instant action:

    T. Todd Pittenger, Esquire
    Florida Bar No. 0768936
    Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
    215 North Eola Drive
    Post Office Box 2809
    Orlando, Florida 32802-2809
    Telephone: (407)843-4600
    Facsimile: (407)843-4444

who are members of the Bar of this Court and who maintain an office in Florida for the practice of law, as the attorneys who may act on behalf of Defendants, and with whom the Court and

1

opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

Dated this 1st day of June, 2006.

_____
ROBERT B. BREISBLATT

### CONSENT OF DESIGNEE

I hereby consent to the designation and understand my obligations pursuant to Local Rule 2.02 of the United States District Court for the Middle District of Florida.

Dated this 1 June 2006.

/s/ Thomas Todd Pittenger

**T. TODD PITTENGER**
Florida Bar No. 768936
todd.pittenger@lowndes-law.com
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
215 North Eola Drive
Post Office Box 2809
Orlando, Florida 32802
Telephone:   (407) 843-4600
Facsimile:    (407) 843-4444
*Counsel for Defendants*

**ROBERT B. BREISBLATT**
Welsh & Katz, Ltd.
120 S. Riverside Plaza, Suite 2200
Chicago, Illinois 60606
Telephone: (312) 655-1500
Facsimile: (312) 655-0008
*Co-counsel for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on 1-Jun-06, I electronically filed the foregoing with the Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF system which will send a notice of electronic filing and complete service on those of the following listed individuals who are registered electronic filers.

0099998/010901/956124/1

2

s/ Thomas Todd Pittenger
_____
T. Todd Pittenger 0768936

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| Freedom Scientific, Inc. and<br>Freedom Scientific BLV Group, LLC<br><br>     Plaintiffs,<br><br>vs.<br><br>Tieman Development B.V. and Optelec U.C., Inc.,<br><br>     Defendants. | Case No. 8:06-cv-00963-JSM-MAP |

## APPEARANCE OF NON-RESIDENT ATTORNEY AND DESIGNATION OF LOCAL COUNSEL PURSUANT TO LOCAL RULE 2.02

Pursuant to Local Rule 2.02, I, J. Aron Carnahan, Esquire, hereby appear on behalf of Defendants, Tieman Development B.V. and Optelec U.C., Inc. I am presently a partner with the law firm of Welsh & Katz, Ltd., am a member in good standing of the Bar of the State of Illinois, and the United States District Court for the Northern District of Illinois, and am not a resident of the State of Florida nor do I maintain a regular practice of law within this State.

For purposes of this case, and in compliance with Local Rule 2.02, I hereby designate the undersigned attorneys and/or law firm as local counsel in the instant action:

> T. Todd Pittenger, Esquire
> Florida Bar No. 0768936
> Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
> 215 North Eola Drive
> Post Office Box 2809
> Orlando, Florida 32802-2809
> Telephone: (407)843-4600
> Facsimile: (407)843-4444

who are members of the Bar of this Court and who maintain an office in Florida for the practice of law, as the attorneys who may act on behalf of Defendants, and with whom the Court and

1

opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

Dated this 1st day of June, 2006.

_____
J. ARON CARNAHAN

### CONSENT OF DESIGNEE

I hereby consent to the designation and understand my obligations pursuant to Local Rule 2.02 of the United States District Court for the Middle District of Florida.

Dated this 1 June 2006.

/s/ Thomas Todd Pittenger

_____
**T. TODD PITTENGER**
Florida Bar No. 768936
todd.pittenger@lowndes-law.com
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
215 North Eola Drive
Post Office Box 2809
Orlando, Florida 32802
Telephone: (407) 843-4600
Facsimile: (407) 843-4444
*Counsel for Defendants*

**J. ARON CARNAHAN**
Welsh & Katz, Ltd.
120 S. Riverside Plaza, Suite 2200
Chicago, Illinois 60606
Telephone: (312) 655-1500
Facsimile: (312) 655-1501
*Co-counsel for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on 1-Jun-06, I electronically filed the foregoing with the Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF system which will send a notice of electronic filing and complete service on those of the following listed individuals who are registered electronic filers.

0099998/010901/956124/2

2

s/ Thomas Todd Pittenger

_____
T. Todd Pittenger 0768936