UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FREEDOM SCIENTIFIC, INC., et al.,**

    **Plaintiffs,**

**v.**                                            **Case No.  8:06-cv-963-T-30MAP**

**TIEMAN DEVELOPMENT B.V., et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

      The Court has been advised via a Notice of Settlement (Dkt. #29) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

      **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

      **DONE** and **ORDERED** in Tampa, Florida on October 23, 2006.

                                                              JAMES S. MOODY, JR.
                                                              UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2006\06-cv-963.dismissal 29.wpd